```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                                 Case No. 13-13654-pmc
Donna M Gualtiere                                                      Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0647-1         User: admin                Page 1 of 2                  Date Rcvd: May 23, 2013
                             Form ID: 227ia             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
```
 db         +Donna M Gualtiere,    11660 Blue Heron Trail,    Chardon, OH 44024-8337
22348261    +Cap1/bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
22348262    +Carol DiFranco,    11660 Blue Heron Trail,    Chardon, OH 44024-8337
22348263    +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22348267    +Fifth Third Bank,    Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
22348268    +Fifth Third Bank,    Bankruptcy Department,,    1830 East Paris Ave. Se,
              Grand Rapids, MI 49546-6253
22348269    +First Federal Credit Control,    24700 Chagrin Boulevard,    Suite 205,    Beachwood, OH 44122-5662
22348273    +Liberty Savings Bank,    Attn: Bankruptcy Department,    Po Box 1000,    Wilmington, DE 45177-1000
22348274    +NCB Management Services,    P.O. Box 1099,    Langhorne, PA 19047-6099
22348275    +NCB Management Services,    1 Allied Drive,    Feasterville Trevose, PA 19053-6945
22348276     Ohio Department of Taxation,    Compliance Division,    P.O. Box 182401,    Columbus, OH 43218-2401
22348277    +Revenue Group,    3700 Park East Dr Ste 24,    Beachwood, OH 44122-4343
22348278    +United Collection Bureau,    5620 Southwyck Blvd Suite 206,    Attn: Bankruptcy Department,
              Toledo, OH 43614-1501
22348279     University Hospitals,    Insitutional Relations & Devel.,    P.O. Box 74947,
              Attn: Bankruptcy Department,    Cleveland, OH 44101-9927
22348280    +University Suburban Health Center,    1611 South Green Road,    Suite A61,
              South Euclid, OH 44121-4100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
 aty         E-mail/Text: kdonnellyctnotices@hotmail.com May 23 2013 21:46:09     Kathleen Donnelly,
              526 Superior Ave.,    #1030,    Cleveland, OH  44114
 tr         +EDI: QSSTEIN.COM May 23 2013 23:23:00      Sheldon Stein,    50 Public Square, Ste. 400,
              Post Office Box 5606,    Cleveland, OH 44101-0606
22348264    +EDI: CHASE.COM May 23 2013 23:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22348265    +EDI: CHASE.COM May 23 2013 23:23:00      Chase- Bp,    P.o. Box 15298,    Wilmington, DE 19850-5298
22348266    +EDI: TSYS2.COM May 23 2013 23:23:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
22348270     EDI: IRS.COM May 23 2013 23:23:00      Internal Revenue Service,    CIO,    P.O.Box 7346,
              Philadelphia, PA 19101-7346
22348271    +E-mail/Text: inbound_collections@keybank.com May 23 2013 22:07:08     Key Bank Nw,
              4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
22348272    +EDI: CBSKOHLS.COM May 23 2013 23:23:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**                    **Signature:**       *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:
              Kathleen   Donnelly    on behalf of Debtor Donna M Gualtiere kdonnellyctnotices@hotmail.com
              Sheldon   Stein     sstein@epiqtrustee.com,   sstein@ecf.epiqsystems.com;ssteindocs@gmail.com
                                                                                             TOTAL: 2

| Form ohnb 9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number **13–13654–pmc** |

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 21, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 13–13654–pmc

**Debtor(s):**
Donna M Gualtiere
11660 Blue Heron Trail
Chardon, OH 44024

**Other names used by the Debtor(s) in the last 8 years:**

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx–xx–5212

**Attorney for Debtor:**
Kathleen Donnelly
526 Superior Ave.
#1030
Cleveland, OH 44114
Telephone number: (216)241–9628

**Bankruptcy Trustee:**
Sheldon Stein
50 Public Square, Ste. 400
Post Office Box 5606
Cleveland, OH 44101
Telephone number: (216) 696–7449

### Meeting of Creditors

**All debtors must bring the following proofs of identification to the meeting of creditors:**

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government– or employer–issued documentation, such as social security card, IRS tax transcript, W–2, or 1099, is acceptable proof.

**Date:** June 24, 2013
**Time:** 01:30 PM
**Location:** 341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** August 23, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:** May 23, 2013

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time*. If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**